IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAOMI RICHES, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 12-1620 |
| | ) | Nora Barry Fischer, U.S. District Judge |
| HURRICANE SANDY, | ) | Magistrate Judge Cynthia Reed Eddy |
| also known as FRANKENSTORM,  and | ) | |
| HAARP, also known as THE HIGH | ) | |
| FREQUENCY ACTIVE AURORAL | ) | |
| RESEARCH PROGRAM, | ) | |
|     Defendants. | ) | |

**MEMORANDUM ORDER**

The Court has reviewed Magistrate Judge Eddy's Report and Recommendation (ECF No. 2) that Plaintiff Naomi Riches' Motion for Leave to Proceed In Forma Pauperis be granted and this case be dismissed pursuant to 28 U.S.C. § 1915(a) and (e), with prejudice, because her Complaint is frivolous, fanciful, delusional and amendment would be futile.

Plaintiff was given until December 3, 2012, to file Objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(C), and Rules 72.C.2 and 72.D.2 of the Local Rules of Court.  No Objections have been filed.

After *de novo* review of the motion for leave to proceed in forma pauperis, the attached complaint, and the other documents attached thereto, and after careful consideration of the Report and Recommendation, the Court will enter the following Order:

AND NOW, this 17th day of December, 2012, IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 2) dated November 14, 2012, is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that this action is DISMISSED for failure to prosecute.

The Clerk of Court shall mark this case CLOSED.

/s/ NORA BARRY FISHER
United States District Judge

cc:

Naomi Riches, *Pro Se*
a/k/a Naomi Leatherman
22 South Texas Avenue
Atlantic City, NJ 08401
(Regular & Certified Mail)